JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO ESCALANTE,<br>　　　　　Petitioner,<br>　　v.<br>JOE LIZARRAGA, Warden,<br>　　　　　Respondent. | Case No. 5:17-cv-00850-R (SHK)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 5, 2018

_____
HONORABLE MANUEL L. REAL
United States District Judge